460 A.2d 846

Kaul & Hall Oil & Gas Co., Appellant v. New
Shawmut Min.

Before CAVANAUGH, McEWEN and BECK, JJ.

The order of the learned Elk County President Judge
Paul B. Greiner is affirmed.